**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Patricia A Sebastian | No.  09-29385 |
| Debtor | Hon.  Pamela S. Hollis |

**RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF**
**OUTSTANDING PAYMENT OBLIGATIONS**

American Home Mortgage Servicing, Inc., Servicing agent for, Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2005-W5, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

Debtor is due for the September and October 2011 regular mortgage payments in the amount of $1,923.90 at $961.95 each; late charges of $174.20; and fees for this Notice of $75.00 for a total default of $2,173.10.

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the American Home Mortgage Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of American Home Mortgage Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

_____/s/ Susan J. Notarius_____
Attorney for American Home Mortgage
Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679